IN THE UNITED STATES DISTRICT COURT
FOR THE __Middle__ DISTRICT OF __Florida__  FILED
__Jacksonville__ DIVISION

2008 NOV 20 P 12: 14

| __Algie Moore__ | __30003-018__ | __3:02-cr-233(S1)-J-32TEM__ |
|---|---|---|
| Name of Movant | Prisoner No | Docket No. |

MIDDLE L.
JACKSON...

__Federal Correctional Complex USP-2   P.O.BOX 1034   Coleman__, Fla. 33521
Place of Confinement

UNITED STATES OF AMERICA

V.

__Algie Moore__

MOTION UNDER 18 USC§3582(C)(2)
FOR MODIFICATION OF SENTENCE BY A PERSON IN FEDERAL CUSTODY

COMES NOW the Movant __ALGIE MOORE__ pro se, who requests that this Honorable Court modify his/her sentence pursuant to the above Title 18, USC §3582(c)(2) and further says:

1. The Movant was convicted upon the entry of his plea of guilty the 29th day of __May__ 2003 in this Court for the offence(s) of __Possession of Cocaine Base w/Int to Dist__ in violation of Title __21__ USC § __841__, Title _____ USC § _____, Title _____ USC§ _____, Title _____ USC § _____.

2. The Movant was sentenced herein the __29th__ day of __May__ 2003, to a term of imprisonment of ( __262__ ) months and ( __72__ ) month of supervised

release. (See Movant's attached Commitment Order).

3. Movant is currently incarcerated at FCC __Coleman USP-2__,_____

where he/she is serving said sentence imposed.

4. At the time of Movant's sentencing the Court, based upon Movant's Presentence Investigation report and the United States Sentencing Guidelines, established Movant's

OFFENCE LEVEL AS __(34)__

5. Effective November 1, 2007, the United States Sentencing Commission Guidelines were amended as follows:

> 2D1.1(C) (1) Level 38 4.5 KG or more of cocaine base
> (2) Level 36 More than 1.5 KG but less than 4.5 KG of cocaine base
> (3) Level 34 At least 500 G but less than 1.5 KG of cocaine base
> (4) Level 32 At least 150G but less than 500G of cocaine base
> (5) Level 30 At least 50G but less than 150G of cocaine base
> (6) Level 28 At least 35G but less than 50G cocaine base
> (7) Level 26 At least 20G but less than 33G of cocaine base
> (8) Level 24 At least 5G but less than 20G of cocaine base
> (9) Level 22 At least 4G but less than 5G of cocaine base
> (10) Level 20 At least 3G but less than 4G of cocaine base
> (11) Level 18 At least 2G but less than 3G of cocaine base
> (12) Level 16 At least 1G but less than 2G of cocaine base
> (13) Level 14 At least 500MG but less than 1G of cocaine base
> (14) Level 12 Less than 500MG of cocaine base

6. Reposed in this Honorable Court is the jurisdiction and authority to modify the Movant's term of imprisonment imposed herein pursuant to Title 18, USC §3582(c)(2), which provides:

> [i] in the case of a defendant who has been sentenced to a term of imprisonment based on a sentence range that has subsequently been lowered by the Sentencing Commission pursuant to 28 USC 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the Court, may reduce the term if imprisonment after considering the factor set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

7. 1B1.10 of the Federal Sentencing Guidelines Manual, captioned "Retroactivity of Amended Guideline range (Policy Statement) is compatible with said Title 18, USC § 3582(c)(2). The Movant qualifies as to these as to modification of his/her sentence and would have been qualified if said provisions had been in effect at the time he/she was sentenced. Under 1B1.10(b) of the Sentencing Guidelines, it is provided that:

> In determining whether a reduction in sentence is warranted for a defendant eligible for consideration under 18 USC §3582(c)(2), the court should consider the sentence that it would have originally imposed had the guidelines, <u>as amended</u> been in effect at that time.

8. The Movant urges that his/her goal being to rehabilitate himself so as to enter society upon his release as a fit and proper person to pursue a useful and constructive life, for himself, his/her family, and community.

MOVANT WISHES TO PROCEED STRICTLY ON THE RECORD  YES__x__NO____

WHERETOFORE, The movant, whose Sentencing Guidelines, were heretofore, calculated by the Court to be __262-327__ months, humbly requests of this Honorable Court that his/her level be further decreased to level __(32)__, in conformity with the retroactivity of the 2007 amendment. Also the Movant be granted such other and further relief as may be deemed appropriate in these premises.

_algie Moore   11-12-08_
Signature of Movant

Algie H. Moore
Register No:30003-018
F.C.C., U.S.P. Coleman 2
P.O. Box 1034
Coleman, Fl. 33521


Office of The Clerk
United States Courthouse
300 N. Hogan St.
P.O. Box 53558
Jacksonville, Fl. 32202

RE: Criminal No: 3:02-cr-233(S1)-J-32TEM
            USA v. Algie H. Moore


To The Court:

COMES NOW, Defendant Algie Moore, asking this court to take in account that the defendant has used his time wisely taking education courses to improve his life skills, and employability so his future life, and self-improvement will prevent the defendant from ever having to burden the courts. And, is now a person that is ready to be returned to his family, and live a crime free life. In asking for this reduction in sentence, the defendant prays the modification of his sentence will be one that the court will look to the guideline sentence, and apply a downward departure with the guideline being advisery after, post Booker, the court can impose a much lower sentence that just the crack Amendment. The court can give the defendant relief at the bottom of his guideline range if it chooses to do so. The amount of time the defendant received does not fit the charges of possession of a firearm, and such a small amount of drugs in its evaluation of the defendant's sentence. The defendant is asking this court to take into account the self-improvement the defendant has applied to his life and give a downward departure in its calculation of the defendant's new sentence.

```
CLP3L               *        INMATE EDUCATION DATA        *    11-06-2008
PAGE 001 OF 001     *            TRANSCRIPT               *    11:40:51
                                                          FUNC: PRT
REGISTER NO: 30003-018     NAME..: MOORE
FORMAT.....: TRANSCRIPT    RSP OF: CLP-COLEMAN II USP
------------------------------ EDUCATION INFORMATION -------------------------
                                              START DATE/TIME  STOP DATE/TIME
FACL ASSIGNMENT DESCRIPTION                   06-26-2003 1711  CURRENT
CLP  ESL HAS    ENGLISH PROFICIENT            04-11-2006 1343  CURRENT
CLP  GED DN     DROPPED GED NON-PROMOTABLE    07-29-2004 1316  CURRENT
CLP  GED UNSAT  GED PROGRESS UNSATISFACTORY
------------------------------- EDUCATION COURSES ----------------------------
                                              START DATE STOP DATE  EVNT AC LV  HRS
SUB-FACL  DESCRIPTION                         11-01-2008 CURRENT
CLP       BEGINNING SPINNING                  11-05-2008 CURRENT
CLP       YOGA CLASS                          03-30-2008 06-12-2008  P   C  P    24
BSY       REAL ESTATE;M;6:00PM                03-05-2008 06-05-2008  P   C  E   100
BSY       EXP COMP SKLS;W;12:30P;SG           01-25-2008 02-15-2008  P   C  P    24
BSY       MARKETING YOUR OWN BUS.;6-8PM       01-25-2008 02-15-2008  P   C  P    24
BSY       FINANCING YOUR OWN BUS.;6-8PM       08-19-2007 02-21-2008  P   C  P    75
BSY       KEYBOARDING, SELF STUDY             10-10-2007 12-18-2007  P   C  P    24
BSY       POWER OF CHOICE;W;6:30 PM           10-22-2007 10-26-2007  P   C  P     2
BSY       RPP2;INTERVIEW SKILLS SEMINAR       10-22-2007 10-26-2007  P   C  P     2
BSY       RPP2;RESUME SEMINAR                 11-01-2007 11-01-2007  P   C  P     4
BSY       JOB FAIR-INFORMATIONAL              11-01-2007 11-01-2007  P   C  P     4
BSY       JOB FAIR-INTERVIEW                  07-19-2007 08-19-2007  P   C  P    24
BSY       CARWASH BUSINESS;6-8PM              07-01-2007 09-17-2007  P   C  P    24
BSY       SELF-PUBLISHING BUS;6-8PM           08-23-2007 08-23-2007  P   C  P     2
BSY       RPP6/LIFESKILLS/T/2:00/RT           08-23-2007 08-23-2007  P   C  P     2
BSY       RPP2/EMPLOYABILITY/R/07:30LOTT      08-23-2007 08-23-2007  P   C  P     2
BSY       RPP3/FINANCE/R/0900/LOTT            08-24-2007 08-24-2007  P   C  P     8
BSY       REENTRY/COMM/SS FAIR                08-19-2007 08-19-2007  P   C  P     1
BSY       COMP LEARNING CENTER ORIEN          08-01-2007 08-01-2007  P   C  P     1
BSY       COMP LEARNING CENTER ORIEN          08-13-2007 08-13-2007  P   C  P     8
BSY       YOUR STRATEGIC FUTURE               05-16-2007 07-25-2007  P   C  P    12
BSY       BEG CERAMICS;T&R;12:30-2:00;JB      04-09-2007 06-22-2007  P   C  P    24
BSY       INTRO CULINARY ARTS;T;6:00PM        05-02-2007 05-02-2007  P   C  P     1
BSY       ELL ORIENTATION                     03-21-2006 03-21-2006  P   C  P     4
ATL       FITNESS                             02-12-2004 03-21-2006  P   W  I   347
COM       GED CLASS;730-900AM;CLASS RM 1      03-19-2006 03-21-2006  P   C  P     1
ATL       RPP1 AIDS & DISEASE PREVENTION      02-03-2006 02-03-2006  P   C  P     2
COM       ELECTRONIC LAW LIB TRAINING         01-26-2005 01-26-2005  P   C  P     2
COM       #6 SELF-IMPROVEMENT
-------------------------------- HIGH TEST SCORES ----------------------------
TEST      SUBTEST                             TEST DATE   TEST FACL  FORM  STATE
ABLE      LANGUAGE                            11-14-2003  COM        F2
          NUMBER OPR                          11-14-2003  COM        F2
          PROB SOLV                           11-14-2003  COM        F2
          READ COMP                           11-14-2003  COM        F2


G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was sent by U.S. Mail, placing same in the institutional mail box with proper postage affixed and mailed to the party listed below this 12th day of November, 2008

Sandra W. Deisler

Asst. U.S. Attorney

Appellate Division

501 W. Church Street, Suite 300

Orlando, Florida 32805

Office of The Clek

United States Courthous

300 N. Hogan St.

P.O. Box 5358

Jacksonville, Fl. 32202

/s/ Algie Moore

Algie Moore, Pro Se

(8)