**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                          Case No.      3:02-cr-233-J-32

ALGIE MOORE
_____

**ORDER**

This case is before the Court on defendant's Motion for retroactive application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 (Doc. 87).

Defendant was convicted of the offense of distribution of cocaine base and sentenced to imprisonment for a total term of Three Hundred Twenty Two (322) months (Doc. 56).  As the Court has sentenced the defendant under the Career Offender provisions of USSG § 4B1.1, Amendment 706 would not have the effect of reducing the defendant's guideline calculations.  A reduction in Defendant's term of imprisonment is not authorized under 18 U.S.C. § 3582(c) and is not consistent with USSG § 1B1.10.  Therefore, Defendant's motion is due to be denied.

Accordingly, it is hereby

**ORDERED:**

Defendant's Motion (Doc. 87) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida this 13TH day of March, 2009.

TIMOTHY J. CORRIGAN
United States District Judge

md.

Copies to:
Counsel of Record
Pro Se Party
Probation
Defendant