4.15.16

"If I may, please let this letter serve as my motion to Determine If I Qualify for a Modification under the 782 Amendment - or 750 Amendment - or any Other Relief That Maybe Available to me. I also Request that the Court appoint me Counsel, as I am Indigent and want to avoid the Risk of Constitutional error"

Respectfully and
Sincerely Submitted

Algie Moore
#36003-018

2016 APR 21 PM 2:10
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT
FILED