Exh 1

Warden's Request

```
BP-A148.055                    INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                        FEDERAL BUREAU OF PRISONS
```

| TO: (Name and Title of Staff Member) Warden , Garza | DATE: 11/04/2023 |
|---|---|
| FROM: Algie Moore | REGISTER NO.: 30003-018 |
| WORK ASSIGNMENT: Rec orderly | UNIT: D-2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Pursuant to 18 U.S.C 3582(c)(1)(A) (2018) I request a reduction in my 2003 sentence of 322 months to time served and or any amount of reduced sentence. I base this request on the combination of the following Extraordinary and compelling reasons: (1) Non Retroactive changes in law to the 21 U.S.C. 851 statue- the 1999 prior state conviction for possession of cocaine base is not a serious drug offense under 21 U.S.C. 802(57); (2) Young age-under 21 years old at the time of the instant offense my brain was not fully developed;(3) Harsh prison condition due to the Covid-19 pandemic;(4) Post conviction rehabilitation see program sheet;(5) Booker; (6) Release plan;(7) Disparity between 30 maximum in 2003 and 20 year mx if resentence today.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER         **SECTION 6**