# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:02-cr-00233-TJC-JBT

ALGIE MOORE

## ORDER

This case is before the Court on Defendant's Motion for Compassionate Release (Doc. 142). It is hereby

**ORDERED:**

**The Federal Defender** is hereby appointed under Title 18, United States Code, Section 3006A, to represent the defendant in connection with Docs. 141 and 142 and to determine whether the Defendant is otherwise entitled to any relief.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of March, 2024.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
Chief United States District Judge

tl.

Copies:
Counsel of Record
Office of Federal Public Defender
Defendant